■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH CURRY, Appellant. [658 NYS2d 976] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1991 (People v Curry, 176 AD2d 954), affirming a judgment of the Supreme Court, Kings County, rendered February 27, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Thompson, JJ., concur.